IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-429-WKW |
| | ) | [WO] |
| KEVIN LAWSON | ) | |

**ORDER**

Before the court is Defendant Kevin Lawson's *pro se* motion for compassionate release (Doc. # 65), in which Mr. Lawson seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Mr. Lawson has supplemented his motion with medical records (Doc. # 75) and other filings (Docs. # 66, 68, 79, 81). The Government has responded in opposition. (Doc. # 70.)

Mr. Lawson was convicted based on his guilty plea to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). As a result of his conviction, Mr. Lawson was sentenced to 63 months' imprisonment. (Doc. # 52.) Mr. Lawson's projected release date is April 4, 2023. *See* https://www.bop.gov/inmateloc/ (last visited Jan. 22, 2021).

Based upon a thorough review of the record, Mr. Lawson has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). He also has not demonstrated that the medical staff at his

designated federal correctional institution is unable to provide him adequate medical care for his health conditions.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Lawson's motion for compassionate release (Doc. # 65) is DENIED.

DONE this 22nd day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE